JOHNSON v. HEDDEN CONST. CO. (Supreme Court, Appellate Division, First Depart-

ment. June 25, 1915.) Action by Charles Johnson against the Hedden Construction Company. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.